

## COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        In re Alliance Machine & Specialties, Inc.

Appellate case number:    01-21-00022-CV

Trial court case number:   2019-79056

Trial court:                      234th District Court of Harris County

Relator, Alliance Machine & Specialties, Inc., filed a "Motion for Temporary Relief to Stay Underlying Proceedings."  The motion is **denied.**

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
                                      Acting individually

Date:  April 1, 2021